Justice ORIE MELVIN did not participate in the consideration or decision of this matter.

Jaime L. ECKROTH, Administratrix of the Estate of Dolores Leona Hammond, Deceased, Kimberly Ann Brantner, Administratrix of the Estate of Jordan Michael English, a Minor, Deceased, Ronald Depto and Debbie Depto, Co–Administrators of the Estate of Lindsey A. Depto, Deceased, and Ronald Depto and Debbie Depto in their Own Right and Chelsey Hammond, a Minor, by her Parent and Natural Guardian, Timothy J. Hammond and Timothy J. Hammond in his Own Right, Petitioners

v.

PENNSYLVANIA ELECTRIC, INC., a Corporation d/b/a Penelec, Respondent

v.

David Gunther, John ("Jack") Sexton, Interactive Performance, Inc., and Outsourcing Solutions, Inc., Respondents.

Supreme Court of Pennsylvania.

June 7, 2011.

### ORDER

PER CURIAM.

AND NOW, this 7th day of June, 2011, the Petition for Allowance of Appeal is **DENIED.** Pennsylvania Electric, Inc.'s Motion to Consolidate is **DENIED** as moot.

GRACE BUILDING CO., INC., Petitioner

v.

RICHLAND TOWNSHIP BOARD OF SUPERVISORS, Respondent.

Supreme Court of Pennsylvania.

June 13, 2011.

### ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2011, the Petition for Allowance of Appeal is hereby **DENIED.**

Petition for leave to file response to answer of Richland Township is **DENIED.**

